UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    BRENDA SPEARMAN    :    Chapter 13
:
:    Bankruptcy Case Number
:    22-10012 MDC

## ORDER

**AND NOW**, this 7th day of July, 2023, upon consideration of Debtor's Motion to Dismiss, it is hereby **ORDERED AND DECREED** that said Motion is granted and Debtor's Case is Dismissed.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge