United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10012-mdc |
| Brenda Spearman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Spearman, 7183 N. 18th Street, Philadelphia, PA 19126-1501 |
| 14681074 | + | The Money Source, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 08 2023 00:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2023 00:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Jul 08 2023 00:46:00 | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14659590 | | Email/Text: megan.harper@phila.gov | Jul 08 2023 00:46:00 | City of Philadelphia, Law Department, One Parkway, 1515 Arch Street, Philadelphia, PA 19102-1595 |
| 14659591 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2023 00:46:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14659592 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 08 2023 00:55:20 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14659593 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jul 08 2023 00:46:00 | Freedom Credit Union, Attn: Bankruptcy Dept., 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14660151 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2023 00:55:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14659594 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2023 00:55:31 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14671157 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2023 00:55:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14683055 | ^ | MEBN | Jul 08 2023 00:42:28 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14659595 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 08 2023 00:55:52 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

Case 22-10012-mdc    Doc 39    Filed 07/09/23    Entered 07/10/23 00:31:47    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 20 |

| Recip ID | | Notice Type | Address | Date/Time | Recipient |
|---|---|---|---|---|---|
| 14660010 | + | Email/PDF: gecsedi@recoverycorp.com | | Jul 08 2023 00:55:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14659887 | + | Email/PDF: gecsedi@recoverycorp.com | | Jul 08 2023 00:55:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713551 | ^ | MEBN | | Jul 08 2023 00:42:25 | THE MONEY SOURCE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14659596 | + | Email/Text: BK@servicingdivision.com | | Jul 08 2023 00:46:00 | The Money Source, 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14674041 | + | Email/Text: BK@servicingdivision.com | | Jul 08 2023 00:46:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14674231 | + | Email/PDF: ebn_ais@aisinfo.com | | Jul 08 2023 00:55:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14659589 | ##+ | Allied Account Services, 422 Bedford Avenue, Bellmore, NY 11710-3545 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor The Money Source Inc. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL SETH SCHWARTZ | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 20 |

on behalf of Debtor Brenda Spearman msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com

STEVEN K. EISENBERG

on behalf of Creditor The Money Source Inc. seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  BRENDA SPEARMAN  :  Chapter 13
:
:  Bankruptcy Case Number
:  22-10012 MDC

### ORDER

**AND NOW**, this 7th day of July, 2023, upon consideration of Debtor's Motion to Dismiss, it is hereby **ORDERED AND DECREED** that said Motion is granted and Debtor's Case is Dismissed.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge